**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**



**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

FILED
NOV 6 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America

           Plaintiff(s),

Case No. 1:14-CR-00228-LJO-SKO

v.

Brandon Michael Thomas, *et al.*
           Defendant(s).

I, Beverly R. McCallum, attorney for Bree Ann Benson, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Beverly R. McCallum Law Firm PLLC |
| Address: | 3885 N.W. 24th Blvd. #207 |
| City: | Gainesville |
| State: | Florida    ZIP Code: 32605 |
| Voice Phone: | (352) 260-5907 |
| FAX Phone: | (888) 533-2130 |
| Internet E-mail: | brmlawfirm@yahoo.com |
| Additional E-mail: | beverlyrmccallumlawfirm@gmail.com |
| I reside in City: | Gainesville    State: Florida |

I was admitted to practice in the Supreme Court of Florida on April 14, 2003. I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application (See "Attachment A," incorporated herein by reference.). I am not currently suspended or disbarred in any other court. Additionally, I was admitted to practice in the United States Court of Appeals for the Ninth Circuit on May 6, 2009, and to the United States Court of Appeals for the Eleventh Circuit on May 6, 2014 (See "Attachment B," attached hereto and incorporated herein by reference.). I remain in good standing in each of those courts.

I have not concurrently or within the year preceding this application made a pro hac vice application to this court.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:        Elizabeth Estrada

Firm Name:   Alexander & Associates, PLC

Address:     1925 G Street

City:        Bakersfield

State:       CA        ZIP Code: 93301

Voice Phone: (661) 316-7888

FAX Phone:   (661) 316-7890

E-mail:      Elizabeth@Alexander-law.com

Dated: 11/4/14        Petitioner: _Beverly R. McCall_

**ORDER**

IT IS SO ORDERED.

Dated: 11/6/14

*[signature]*
JUDGE, U.S. DISTRICT COURT

**ATTACHMENT A**

[CERTIFICATE OF GOOD STANDING BY THE SUPREME COURT OF FLORIDA RE: BEVERLY R. McCALLUM – DATED OCTOBER 31, 2014]

# Supreme Court of Florida
## Certificate of Good Standing

I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### BEVERLY R. MCCALLUM

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on April 14, 2003, is presently in good standing, and that the private and professional character of the attorney appear to be good.

WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this October 31, 2014.

_____
Clerk of the Supreme Court of Florida.

**ATTACHMENT B**

**[CERTIFICATES OF ADMISSION OF BEVERLY R. McCALLUM TO THE
UNITED STATES COURT OF APPEALS FOR THE NINTH AND ELEVENTH CIRCUITS]**



The
United States Court of Appeals
for the Ninth Circuit

This is to certify that

**BEVERLY R. MCCALLUM**

was admitted and qualified as an Attorney and Counselor
of said court on this 6th day of May, 2009

Molly C. Dwyer
Clerk of Court

# United States Court of Appeals for the Eleventh Circuit



## Beverly R. McCallum

being duly qualified was admitted as an Attorney and Counselor of the United States Court of Appeals for the Eleventh Circuit on the sixth day of May, 2014.



In testimony whereof, I, John Ley, Clerk of Court, subscribe my name and affix the seal of the United States Court of Appeals for the Eleventh Circuit in Atlanta, Georgia.

Clerk, United States Court of Appeals, Eleventh Circuit