BEVERLY R. McCALLUM
Beverly R. McCallum Law Firm PLLC
Florida State Bar No. 639788
3885 N.W. 24th Blvd. No. 207
Gainesville, FL 32605
Telephone: (352) 260-5907
Facsimile: (888) 533-2130
brmlawfirm@yahoo.com

Attorney for Defendant
BREE ANN BENSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>BREE ANN BENSON,<br><br>                    Defendant. | CASE NO.  1:14-CR-00228-LJO-SKO<br><br>WAIVER OF DEFENDANT'S PERSONAL PRESENCE;  ORDER THEREON |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Bree Ann Benson, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant resides approximately 2,700 miles from this court, and travel between Florida and this court is costly.  Defendant agrees that her interests shall be represented at all times by the presence of her attorney, Beverly R. McCallum, the same as if Defendant were personally present, and requests that this court allow her attorney at law to represent her interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.

/ /

/ /

RULE 43 WAIVER; [PROPOSED] ORDER THEREON                    1

| | | |
|---|---|---|
| 1 | DATED:     December 5, 2014 | /s/ *Bree Ann Benson* (original signature retained by Beverly R. M<sup>c</sup>Callum) |

DATED:     December 5, 2014       /s/ *Bree Ann Benson* (original signature retained by
                                                        Beverly R. M<sup>c</sup>Callum)
                                  BREE ANN BENSON

DATED:     December 5, 2014       */s/ Beverly R. M<sup>c</sup>Callum*
                                  BEVERLY R. M<sup>C</sup>CALLUM, ESQ.
                                  Attorney for Defendant
                                  BREE ANN BENSON

/ /

/ /

**ORDER**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all proceedings until further order.

IT IS SO ORDERED.

Dated:   **December 5, 2014**              **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE

RULE 43 WAIVER; [PROPOSED] ORDER THEREON                    2