BEVERLY R. M<sup>C</sup>CALLUM
Beverly R. M<sup>c</sup>Callum Law Firm PLLC
Florida State Bar No. 639788
3885 N.W. 24th Blvd. No. 207
Gainesville, FL 32605
Telephone: (352) 260-5907
Facsimile: (888) 533-2130
brmlawfirm@yahoo.com

Attorney for Defendant
BREE ANN BENSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:14-CR-00228-LJO-SKO |
| Plaintiff, | DEFENDANT BENSON'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE; ORDER THEREON |
| v. | |
| BREE ANN BENSON, | |
| Defendant. | |

Defendant Bree Ann Benson, through her undersigned counsel, hereby requests that this Court modify her pretrial release conditions by vacating the requirements for location monitoring and curfew. Defendant, who appeared personally as ordered for her arraignment, is currently out of custody on a $25,000 signature bond and conditions of release that include location monitoring and a curfew. The signature bond and other release conditions obviate the need for location monitoring and curfew. Modification of Defendant Benson's conditions of release to remove the location monitoring and curfew as requested would leave in place conditions sufficient to assure Defendant Benson's appearance at future proceedings and any other concern pursuant to 18 U.S.C. § 3142.  Undersigned counsel consulted with Pretrial Services Officer Dan Stark, courtesy supervision Pretrial Services Officer Kadi Murray, and assigned Assistant United States Attorney Grant Rabenn. Each indicated that they are unopposed to

/ /

1

DEFENDANT BENSON'S UNOPPOSED
MOTION TO MODIFY CONDITIONS OF
RELEASE; ORDER THEREON

the requested relief.

DATED:     December 22, 2014                    /s/ *Beverly R. M<sup>c</sup>Callum*
                                                BEVERLY R. M<sup>C</sup>CALLUM, ESQ.
                                                Attorney for Defendant
                                                BREE ANN BENSON

### ORDER

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant Bree Ann Benson's conditions of pretrial release are modified to vacate conditions that she submit to location monitoring and curfew.  All remaining conditions of Bree Ann Benson's pretrial release shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **December 22, 2014**                 **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE