BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00228 LJO |
|---|---|
| Plaintiff, | STIPULATION TO SET CHANGE OF PLEA HEARING AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| BREE ANN BENSON, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on May 18, 2015.

2. By this stipulation, defendant now moves to schedule a change of plea hearing on June 1, 2015, which will take place after the period of excludable time. The parties therefore move to have the change of plea hearing scheduled for June 1, 2015 and to exclude time as to defendant Bree Ann Benson through June 1, 2015 for the reasons set forth below.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes thousands of pages of documents, many of which are financial records. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant desires additional time to consult with her client about recently produced discovery and to prepare for the change of plea hearing.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 18, 2015 to June 1, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161 et seq., because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//
//
//
//
//
//
//
//
//
//
//
//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 23, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ GRANT B. RABENN
GRANT B. RABENN
Assistant United States Attorney

Dated: April 23, 2015

/s/ BEVERLY R. McCALLUM
BEVERLY R. McCALLUM
Counsel for Defendant
BREE ANN BENSON

### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 30th day of April, 2015.

IT IS SO ORDERED.

Dated:   **April 30, 2015**

/s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE