# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
JUN 16 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**United States of America**
vs.
Bree Ann Benson

Case No. 1:14CR00228 LJO SKO

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Bree Ann Benson_____, have discussed with _____Kadi Murray_____, Pretrial Services Officer, modifications of my release conditions as follows:

You shall participate in a program of medical or psychiatric treatment, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  6·8·15    _____  6/9/15
Signature of Defendant    Date     Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____             6/15/15
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_Beverly McCallum_                 6-7-15
Signature of Defense Counsel      Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on ___6/16/15___.
[ ] The above modification of conditions of release is *not* ordered.

_____             6/16/15
Signature of Judicial Officer    Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services