BEVERLY R. M<sup>C</sup>CALLUM
Beverly R. M<sup>c</sup>Callum Law Firm PLLC
Florida State Bar No. 639788
3550 N.W. 24th Blvd. No. 202
Gainesville, FL 32605
Telephone:  1-352-260-5907
Facsimile:  1-888-533-2130
brmlawfirm@yahoo.com

Attorney for Defendant
BREE ANN BENSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>BREE ANN BENSON,<br><br>                    Defendant. | CASE NO.  1:14-CR-00228-LJO-SKO<br><br>DEFENDANT BENSON'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE; ORDER THEREON |

    Defendant Bree Ann Benson, through her undersigned counsel, hereby requests that this Court modify her pretrial release conditions by allowing her to reside with her mother at an address known to the assigned U.S. Probation Officer, in Trinity, Florida.  Defendant is currently out of custody on a $25,000 signature bond and conditions of release that include giving notice to her Probation Officer of any new address.  Defendant's mother recently signed a lease for a different Florida residence, which forced the Defendant to move to the aforementioned address.  Prior to that relocation, the undersigned notified the assigned Assistant U.S. Attorney ("AUSA"), courtesy supervision officer in Florida, and assigned U.S. Probation Officer of the proposed relocation.  Specifically, AUSA Grant Rabenn, assigned U.S. Probation Officer ("USPO") Zaren Craddock of the Eastern District of California, and courtesy supervision Pretrial Services Officer Kadi Murray were consulted about the address change and the instant request for relief, and each informed the undersigned that they did not object to requested relief.

1

DEFENDANT BENSON'S UNOPPOSED
MOTION TO MODIFY CONDITIONS OF
RELEASE; ORDER THEREON

However, USPO Craddock informed the undersigned that he preferred that the undersigned formally request modification of Defendant Benson's release conditions to include the address change via the instant, unopposed motion. The requested modification of Defendant Benson's conditions of release would leave in place sufficient conditions to ensure Defendant Benson's appearance at future proceedings and to assuage any other concern pursuant to 18 U.S.C. § 3142.

DATED:  September 28, 2015            /s/ *Beverly R. M<sup>c</sup>Callum*
                                       BEVERLY R. M<sup>C</sup>CALLUM, ESQ.
                                       Attorney for Defendant
                                       BREE ANN BENSON

## ORDER

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant Bree Ann Benson's conditions of pretrial release are modified to allow her to reside at the Trinity, Florida address approved by United States Probation. All remaining conditions of Bree Ann Benson's pretrial release shall remain in full force and effect.

IT IS SO ORDERED.

Dated:  **September 28, 2015**        /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

DEFENDANT BENSON'S UNOPPOSED
MOTION TO MODIFY CONDITIONS OF
RELEASE; ORDER THEREON